**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERRI RIVERA,<br><br>       Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | **ORDER**<br><br>23-cv-7993 (VSB) (JW) |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

  The electronic certified transcript of the administrative proceedings (e-CAR) was mistakenly filed in this action at Dkt. No. 10.  **The Clerk of the Court is respectfully directed to strike the filing at Dkt. No. 10.**

  SO ORDERED.

Dated:  New York, New York
     January 22, 2024

                  _____
                  JENNIFER E. WILLIS
                  United States Magistrate Judge