**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TERRI RIVERA,

                Plaintiff,                23 **CIVIL** 7993 (VSB)(JW)

     -v-                              **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 27, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:** New York, New York

      February 27, 2024

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                              **BY:**
                                            _____
                                                **Deputy Clerk**